UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DAVID ALLEN II,

    Plaintiff,

v.

BOAKYE ACHEAMPONG, et al.,

    Defendants.

C15-1072-TSZ-MAT

ORDER

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, docket no. 16, and plaintiff's objections thereto, docket no. 17, does hereby find and ORDER:

(1)    The Court ADOPTS the R&R. The R&R recommends dismissal of plaintiff's Second Amended Complaint, docket no. 15, without prejudice due to plaintiff's failure to state a claim upon which relief may be granted. The Court construes plaintiff's letter dated November 23, 2015, *see* Letter of Explanation, docket no. 17, as his objections to the R&R. However, that letter fails to challenge the R&R's analysis on the deficiencies of his Second Amended Complaint, and instead alleges only that there is

ORDER - 1

1 | a strong amount of evidence proving his claims.  Accordingly, the Court ADOPTS the
2 | R&R.
3 |     (2)    Plaintiff's Second Amended Complaint and this case are DISMISSED
4 | without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).
5 |     (3)    The Clerk is directed to send copies of this Order to plaintiff and to the
6 | Honorable Mary Alice Theiler.
7 |     IT IS SO ORDERED.
8 |     Dated this 7th day of January, 2016.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge

ORDER - 2